```
DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS J. BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICARDO FRAIRE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:08-cr-00140 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE REVIEW HEARING;  ORDER |
| v. | ) | |
| RICARDO FRAIRE, | ) | Date:   January 22, 2009 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dennis L. Beck |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the review hearing in the above-captioned matter now scheduled for October 23, 2008, **may be continued to January 22, 2009 at 10:00 a.m.**

This continuance is requested by counsel for the defendant on the following grounds:

1. Defendant has finished his DUI class and is current with his fine payments; however, he is behind in his community service.  Defendant delayed starting his community service while his conditional plea was being litigated and the conviction was not affirmed until last week.

2. The Government has no objection to the continuance.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

```
                                                    McGREGOR M. SCOTT
                                                    United States Attorney
```

DATED: October 20, 2008                    By   /s/  Mark J. McKeon
                                                MARK J. McKEON
                                                Assistant United States Attorney
                                                Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender


DATED: October 20, 2008                    By   /s/ Douglas J. Beevers
                                                DOUGLAS J. BEEVERS
                                                Assistant Federal Defender
                                                Attorney for Defendant


### ORDER

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   October 21, 2008**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE